**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW TRAVIS HOUSTON,<br><br>Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.,*<br><br>Respondents. | Case No.: 2:25-cv-02267-APG<br><br>**Order Requiring Payment of Filing Fee or** *In Forma Pauperis* **Application** |

Matthew Travis Houston filed this action on November 17, 2025 as a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Houston is incarcerated at Nevada's High Desert State Prison. ECF No. 1. Houston's habeas petition (ECF No. 1-1) has not been filed, and I have not screened it, because Houston has not paid the $5 filing fee and has not filed an application to proceed *in forma pauperis*.  I will grant Houston time to pay the filing fee or apply for *in forma pauperis* status.  If he does not do one or the other within the time allowed, I will dismiss this case without prejudice.

I THEREFORE ORDER that Houston will have until **December 22, 2025** to either pay the $5 filing fee for this case or file an application to proceed *in forma pauperis.*

DATED: November 18, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE